# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0867

VERSUS

DULCE MARIA FUNEZ CABELLERO

**NOVEMBER 18, 2024**

---

In Re:    Dulce Maria Funez Cabellero, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 14-CR-276.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  While inexcusable failure of a petitioner to comply with the provisions of Article 926 may be a basis for dismissal of her application pursuant to La. Code Crim. P. art. 926(E), because relator is a pro se applicant, we find the district court erred in summarily denying the application for postconviction relief on a procedural basis. See **State v. Bailey**, 2019-01337 (La. 7/24/20), 299 So.3d 49 (*per curiam*).  Furthermore, relator's ineffective assistance of counsel claims are one which, if established, would entitle her to relief. See U.S. Const. amend. VI; La. Const. art. I, § 13; La. Code Crim. P. art. 930.3(1).  Accordingly, we hereby vacate the July 24, 2024 ruling denying relator's application for postconviction relief and remand the matter to the district court to afford relator the opportunity to correct the deficiencies in her application and, thereafter, to order the State to file any procedural objections and/or a response to relator's ineffective assistance of counsel claims.  In all other respects, the writ application is denied.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT